defendant appeals. Affirmed. Chas. C. Clark, for appellant. Walter E. Warner, for respondent.

GAYNOR, J. The contract of the plaintiff was to convey to the defendant a house "each line of it running through a party wall." Each side line does run through the center of a wall, but the claim of the defendant is that one of the walls, while apparently a party wall, and one half on the adjoining land, was there without right. This was a defense for him to establish, but he gave no evidence on the subject. The judgment should be affirmed.

LEIGHTON, Respondent, v. DUNN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by John Leighton against George W. Dunn and another. No opinion. Order affirmed, with $10 costs and disbursements.

LENNON, Respondent, v. DORING, Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1907.) Action by William F. Lennon against Catharine Doring. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

LEONARDI, Respondent, v. DEKONING et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Florence Leonardi against Mary Dekoning and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

LESZYNSKY, Appellant, v. TRAVER CIRCLE SWING CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Julius Leszynsky against the Traver Circle Swing Company and another. D. C. Hirsh, for appellant. E. C. Dusenbury, for respondents. No opinion. Order modified, by striking out the sixth requirement of the order, and, as modified, affirmed, without costs. Settle order on notice.

LIEBLER, Respondent, v. WINTER, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by John G. Liebler against Dennis Winter. No opinion. Motion granted, with $10 costs, unless the appellant perfect his appeal and file his return within 20 days, in which event the motion is denied, without costs.

LILIENTHAL et al., Respondents, v. BETZ, Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Albert Lilienthal and another against John F. Betz. A. I. Elkus, for appellant. H. Nathan, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LISCHINSKY, Appellant, v. DOELGER et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Nochem Lischinsky against Louise Doelger and others. No opinion. Appeal dismissed with costs, on the ground that no return has been made and filed, as required by the provisions of the Municipal Court act.

LODGE, Appellant, v. MOXEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by Mary A. Lodge against Thomas Moxey, individually, etc. No opinion. It appearing that appellant has failed to file and serve her printed papers on appeal, as required by rule 41, and it not having been shown that a case containing exceptions is necessary for the hearing and disposition of said appeal, respondent's motion to dismiss the appeal herein is granted, with $10 costs.

LONDRIGAN, Appellant, v. NEW YORK EVENING JOURNAL PUB. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by William Londrigan against the New York Evening Journal Publishing Company. No opinion. Interlocutory judgment affirmed, with costs.

In re LOTARY. (Supreme Court, Appellate Division, Second Department. February 27, 1907.) In the matter of the application of Alfred Lotary for admission to the bar. No opinion. Application granted.

LOVELAND et al., Appellants, v. BERNSTEIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Theodore O. Loveland and another against Philip M. Bernstein and another. No opinion. Judgment of the County Court of Nassau county affirmed, with costs, on the ground that there is no evidence in the record that the plaintiffs did business under the name of the Equitable Manufacturing Company, and that the contract sued on was executed by them or in their behalf under that name.

LUBLIN, Respondent, v. HENLE, Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1907.) Action by Isaac Lublin against John Henle. No opinion. Judgment and order affirmed, with costs.

McCABE, Appellant, v. SWIFT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 22, 1907.) Action by John H. McCabe against G. F. Swift and others.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., not sitting.

McCALLUM, Respondent, v. GUINAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by John McCallum against John Guinan. No opinion. Interlocutory judgment affirmed by default, with costs.

McCARTHY et al., Respondents, v. HAZELWOOD, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.)